# COMPLAINT
(for non-prisoner filers without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2023 APR 21 P 3: 25
CLERK OF COURT

(Full name of plaintiff(s))

Leonetta Mitchell

v.

(Full name of defendant(s))

Green Bay Correctional Institution
2833 Riverside Drive
Allouez, WI 54311
Stacy Tillot-Tappa
Jennifer Watton and Megan
Carranso - HR Director

Case Number:

**23-C-0514 - WCG**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __2420 Sycamore Dr, Apt 128H, Green Bay 54311__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Green Bay Correctional Institution__
                                                          (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __2833 Riverside Drive, Allouez, WI 54301__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job) __Green Bay Correctional Institutin__

worked for __2833 Riverside Drive, Allouez, WI 54301__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff, Leonetta Mitchell was injured on the job 4-29-21 in self defence training. Plaintiff was relieved of training duty. May 24, 2021 Green Bay Correctional Institution had me report for On the job training. I was consistently seeing Doctors and other health care professionals, each time the health care professionals were Required to fill out and fax a fit for duty form to the defendant, each of the fit for duty forms

Complaint – 2

Stated my Restrictions. The forms were sent to defendants Human Resources Deptment. Stacy Tappa-Tillot is the recipient of the forms, as the defendants continued to ignore my restrictions my injury got worse, When I went speak with human resources, Stacy Tappa-Tillot told me "We don't accomodate Officers"

The defendants continually had me reporting to work and harrassing me for not less than 8 months without accomdations being met. On 1-17-2022 I filed a Respectful Workplace Complaint. When I filed the Complaint, that's when the harrassment and Retaliation began with ignoring me, failing to cooperate with me failing to provide support services, refusing to share Department resources. I suffered through several attendance disciplinary meetings with Captain Bauman and

Raquel Castaneda-Wahl some of the days were my off days and some had been approved Workers Comp days. They then took two of my paychecks claiming that I owed them money. Jennifer Watton then started send me threatening letters to try to make me give them more of my money. When I called the Human Resources Director Megan Carrauso she ignored my request for further investigation into the matter of Refunding any monies due back to me.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like for the court to award me back pay, future earnings and pension. Monies for pain and suffering and any court costs and fees

E.  **JURY DEMAND**

I want a jury to hear my case.

☒ – YES   ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 19th day of April 20 23.

Respectfully Submitted,

*Leonetta Mitchell*
Signature of Plaintiff

773 690 0321
Plaintiff's Telephone Number

leonettamitchell2@gmail.com
Plaintiff's Email Address

2420 Sycamore Dr. Apt. # 128H
Green Bay, WI 54311
(Mailing Address of Plaintiff) Soon to change 5-31-23

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.